UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>CTC COMMUNICATIONS GROUP, INC.,<br>CTC COMMUNICATIONS CORP.,<br>CTC COMMUNICATIONS OF VIRGINIA, INC., and<br>CTC COMMUNICATIONS LEASING CORP.,<br><br>Debtors. | Chapter 11<br>Case No. 02-12873 (PJW)<br><br>(Jointly Administered) |
| CTC LITIGATION TRUST,<br><br>Plaintiff,<br>v.<br><br>THOMAS FABBRICATORE<br><br>Defendant. | Civil Action No. 04-CV-10883 (RWZ) |

### JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE

Plaintiff, The CTC Litigation Trust (the "Trust"), and Defendant, Thomas Fabbricatore ("Fabbricatore"), hereby submit their Joint Statement and Proposed Pretrial Schedule pursuant to rule 16.1(D) of the Local Rules for the District of Massachusetts. For their Joint Statement and Proposed Pretrial Schedule, the parties state as follows:

**I.  Proposed Pretrial Schedule**

1. Rule 26 Disclosures exchanged on or before October 25, 2004.

3. All fact discovery to be completed on or before July 1, 2005.

4. Plaintiff's expert report, if any, served on or before September 30, 2005. Defendant's expert report, if any, to be served on or before October 31, 2005.

5. All discovery motions, if any, to be served and filed on or before December 1, 2005.

6. Expert depositions, if any, completed on or before January 7, 2006.

7. Motions for summary judgment filed on or before March 1, 2006.

8. Pretrial conference, if required, scheduled for May 2006, or thereafter at the convenience of the Court.

9. Trial, if required, scheduled for August 2006, or thereafter at the convenience of the Court.

## II. Alternative Dispute Resolution ("ADR")

Both parties are willing to participate in any of the ADR mechanisms set out in Rule 16.4 provided they can agree on a mutually acceptable mechanism for doing so.

## III. Consent to Magistrate

The parties do not, at present, consent to trial before a Magistrate Judge.

## IV. Certification

The parties will submit the certifications mandated by Local Rule 16.1(D)(3) at the time of the scheduling conference.

| THOMAS FABBRICATORE | THE CTC LITIGATION TRUST |
|---|---|
| By his attorney, | By its attorneys, |
| *(signed) Paul Glickman / RLH* | *(signed) Robert Harris* |
| Paul M. Glickman (BBO #550840) | William R. Baldiga (BBO #542125) |
| Glickman Turley, LLP | Robert L. Harris (BBO #644829) |
| 250 Summer Street | Brown Rudnick Berlack Israels LLP |
| Boston, MA 02110 | One Financial Center |
| (617) 399-7770 | Boston, MA 02111 |
|  | (617) 856-8200 |

DATED: July 16, 2004

#1287346 v\1 - harrisrl - rlbm01!.doct.! - 24183/1