UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>CTC COMMUNICATIONS GROUP, INC.,<br>CTC COMMUNICATIONS CORP.,<br>CTC COMMUNICATIONS OF VIRGINIA, INC.,<br>and CTC COMMUNICATIONS LEASING CORP.,<br><br>      Debtors. | Chapter 11<br>Case No. 02-12873 (PJW)<br><br>(Jointly Administered) |
| CTC LITIGATION TRUST,<br><br>      Plaintiff,<br><br>v.<br><br>THOMAS FABBRICATORE<br><br>      Defendants. | Civil Action No. 04-CV-10883 (RWZ) |

## **LOCAL RULE 16.1(D)(3) CERTIFICATION**

The undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and alternative courses, of the litigation, and have also conferred with respect to resolution of the litigation through the use of alternative dispute resolution programs.

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
Robert L. Harris (BBO#644829)

Dated: July 21, 2004

CTC LITIGATION TRUST

By: _____
Eric A. W. Danner
TRG Turnaround and Crisis Management
Trustee of the CTC Litigation Trust

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

    I, Robert L. Harris, hereby certify that I have this day served a copy of the within Local Rule 16.1(D)(3) Certification by hand on:

        Paul M. Glickman, Esq.
        Glickman Turley, LLP
        250 Summer Street
        Boston, MA  02110

                              _____
                              Robert L. Harris

Dated: July 21, 2004

#1289865 v\1 - harrisrl - rn9l01!.doc⌐ - 24183/1