# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### (EASTERN DIVISION)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 02-12873 (PJW) |
| CTC COMMUNICATIONS GROUP, INC., | ) | |
| CTC COMMUNICATIONS CORP., | ) | |
| CTC COMMUNICATIONS OF VIRGINIA, INC., | ) | (Jointly Administered) |
| and CTC COMMUNICATIONS LEASING CORP., | ) | |
| Debtors. | ) | |
| CTC LITIGATION TRUST., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. |
| | ) | 04-CV-10883 (RWZ) |
| THOMAS FABBRICATORE, | ) | |
| Defendant. | ) | |

## JOINT SETTLEMENT REPORT

Plaintiff, The CTC Litigation Trust (the "<u>Trust</u>"), and Defendant, Thomas Fabbricatore ("<u>Fabbricatore</u>"), hereby submit their Joint Settlement Report pursuant to the July 21, 2004 Order of the Court. The parties agreed that limited discovery would help advance a possible settlement of this case. The limited discovery included the production of the minutes of the CTC board of directors and the deposition of Leonard Glass, the former counsel to CTC.

The minutes of the board of directors have been produced and reviewed by defendant's counsel. The parties have scheduled the deposition of Leonard Glass for Monday, November 29, 2004. The parties intend to discuss settlement shortly after the completion of the Glass deposition.

Wherefore, the Parties request that the scheduling conference be continued from November 9, 2004 to a convenient time for the Court in December 2004

DATED: October 29, 2004

| THOMAS FABBRICATORE | THE CTC LITIGATION TRUST |
|---|---|
| By his attorney, | By its attorneys, |
| *Paul M. Glickman* | *Robert L. Harris by PMG* |
| Paul M. Glickman, Esq. | William R. Baldiga (BBO #542125) |
| Glickman Turley, LLP | Robert L. Harris (BBO #644829) |
| 250 Summer Street | Brown Rudnick Berlack Israels LLP |
| Boston, MA 02110 | One Financial Center |
| (617) 399-7770 | Boston, MA 02111 |
| BB0 #550840 | (617) 856-8200 |