UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>CTC COMMUNICATIONS GROUP, INC.,<br>CTC COMMUNICATIONS CORP.,<br>CTC COMMUNICATIONS OF VIRGINIA, INC.,<br>and CTC COMMUNICATIONS LEASING<br>CORP.,<br><br>          Debtors.<br><br>CTC LITIGATION TRUST.,<br><br>          Plaintiffs,<br>v.<br><br>THOMAS FABBRICATORE<br>          Defendant. | Chapter 11<br>Case No. 02-12873 (PJW)<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br><br><br>Civil Action No. 04-CV-10883 (RWZ) |

## SECOND JOINT SETTLEMENT REPORT

Plaintiff, The CTC Litigation Trust (the "Trust"), and Defendant, Thomas Fabbricatore ("Fabbricatore"), hereby submit their Second Joint Settlement Report pursuant to the November 8, 2004 Order of the Court. On December 13, 2004, the undersigned attorneys for the parties held a telephone conference to discuss settlement of this case. The parties were unable to agree on settlement and agreed that additional

limited discovery may help advance a possible settlement of this case and would also serve to advance the case for trial should a settlement prove impossible.

DATED: December 14, 2004

| THOMAS FABBRICATORE | THE CTC LITIGATION TRUST |
|---|---|
| By his attorney, | By its attorneys, |
| *signature* | *signature* |
| Paul M. Glickman (BB0 #550840) | William R. Baldiga (BBO #542125) |
| Glickman Turley, LLP | Robert L. Harris (BBO #644829) |
| 250 Summer Street | Brown Rudnick Berlack Israels LLP |
| Boston, MA 02110 | One Financial Center |
| (617) 399-7770 | Boston, MA 02111 |
| | (617) 856-8200 |