UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 02-12873 (PJW) |
| CTC COMMUNICATIONS GROUP, INC., | ) | |
| CTC COMMUNICATIONS CORP., | ) | |
| CTC COMMUNICATIONS OF VIRGINIA, INC., | ) | (Jointly Administered) |
| and CTC COMMUNICATIONS LEASING | ) | |
| CORP., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| CTC LITIGATION TRUST., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | Civil Action No. 04-CV-10883 (RWZ) |
| THOMAS FABBRICATORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**JOINT MOTION TO EXTEND FILING DEADLINES FOR SUMMARY
JUDGMENT PLEADINGS**

Plaintiff, The CTC Litigation Trust (the "Trust"), and Defendant, Thomas

Fabbricatore ("Fabbricatore"), hereby jointly move for a 60 day extension of the

deadlines for filing summary judgment pleadings as follows: Motions for summary

judgment from July 31, 2006 to September 30, 2006; Responses to motions for summary

judgment from September 30, 2006 to October 31, 2006;  and, Reply memorandum from

September 8, 2006 to November 8, 2006.   The ground for the motion is that the parties

are engaged in settlement negotiations and have agreed on a settlement in principal. In

addition, defendant's counsel will be on vacation from August 7, 2006 through August

28, 2006.  The 60 day extension of time in which to file summary judgment motion

pleadings will help to facilitate a successful conclusion to the case.

      Wherefore, the Parties request that the that the Court grant this Motion requesting

a 60 day extension of the time in which to file summary judgment pleadings.


**THOMAS FABBRICATORE**           **THE CTC LITIGATION TRUST**

By his attorney,                    By its attorneys,

/s/ Paul M. Glickman               /s/ Robert L. Harris
Paul M. Glickman (BB0 #550840)      William R. Baldiga (BBO #542125)
Glickman Turley, LLP             Robert L. Harris (BBO #644829)
250 Summer Street               Brown Rudnick Berlack Israels LLP
Boston, MA  02110               One Financial Center
(617) 399-7770                  Boston, MA 02111
                               (617) 856-8200

 DATED: July 24, 2006