UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 02-12873 (PJW) |
| CTC COMMUNICATIONS GROUP, INC., | ) | |
| CTC COMMUNICATIONS CORP., | ) | |
| CTC COMMUNICATIONS OF VIRGINIA, INC., | ) | (Jointly Administered) |
| and CTC COMMUNICATIONS LEASING | ) | |
| CORP., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| CTC LITIGATION TRUST., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | Civil Action No. 04-CV-10883 (RWZ) |
| THOMAS FABBRICATORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**JOINT MOTION TO EXTEND FILING DEADLINES FOR SUMMARY
JUDGMENT PLEADINGS**

Plaintiff, The CTC Litigation Trust (the "Trust"), and Defendant, Thomas

Fabbricatore ("Fabbricatore"), hereby jointly move for an additional 30 day extension of

the deadlines for filing summary judgment pleadings.  The basis for the request is that the

parties the parties have   made significant  progress toward a settlement and require

additional  time to consummate a deal.   The 30 day extension would extend the dates for

filing as follows:

Motions for summary judgment from September 30, 2006 to October 30, 2006;

Responses to motions for summary judgment from October 31, 2006 to December 1,

2006;  and, Reply memorandum from November 8, 2006 to December  8, 2006.

Wherefore, the Parties request that the that the Court grant this Motion requesting a 30 day extension of the time in which to file summary judgment pleadings.

| | |
|---|---|
| **THOMAS FABBRICATORE** | **THE CTC LITIGATION TRUST** |
| By his attorney, | By its attorneys, |
| /s/ Paul M. Glickman | /s/ Robert L. Harris |
| Paul M. Glickman (BB0 #550840) | William R. Baldiga (BBO #542125) |
| Glickman Turley, LLP | Robert L. Harris (BBO #644829) |
| 250 Summer Street | Brown Rudnick Berlack Israels LLP |
| Boston, MA  02110 | One Financial Center |
| (617) 399-7770 | Boston, MA 02111 |
| | (617) 856-8200 |

 DATED:  September 27, 2006