UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 02-12873 (PJW) |
| CTC COMMUNICATIONS GROUP, INC., | ) |
| CTC COMMUNICATIONS CORP., | ) |
| CTC COMMUNICATIONS OF VIRGINIA, INC., | ) (Jointly Administered) |
| and CTC COMMUNICATIONS LEASING | ) |
| CORP. | ) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |
| CTC LITIGATION TRUST., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-CV-10883 (RWZ) |
| | ) |
| THOMAS FABBRICATORE, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned hereby stipulate that the above-captioned action shall be dismissed with prejudice, without costs and all rights of appeal waived.

| **THOMAS FABBRICATORE** | **THE CTC LITIGATION TRUST** |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Paul M. Glickman_____ | /s/ Robert L. Harris_____ |
| Paul M. Glickman (BB0 #550840) | William R. Baldiga (BBO #542125) |
| Glickman Turley, LLP | Robert L. Harris (BBO #644829) |
| 250 Summer Street | Brown Rudnick Berlack Israels LLP |
| Boston, MA  02110 | One Financial Center |
| (617) 399-7770 | Boston, MA 02111 |
| | (617) 856-8200 |

DATED:  April 27, 2007

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

    Paul M. Glickman, Esquire
    Glickman Turley, LLP
    250 Summer Street
    Boston, MA  02110


        /s/ Robert L. Harris_____
        Robert L. Harris


# 1493421 v1 - HARRISRL - 024183/0001